1   JERRY Y. FONG, ESQ. (SBN 99673)
    CAREY & CAREY
2   706 COWPER STREET
    P.O. BOX 1040
3   PALO ALTO, CA  94302-1040
    650/328-5510
4   650/853-3632 fax

5   Attorneys for Claimants and Real Parties In Interest
    SANG YE HAN & ROBERT WONG
6

7

8                   UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,          )    CASE NO.      C 02-5978 JW
12                                      )
            Plaintiff,                   )    STIPULATION OF THE PARTIES FOR
13                                      )    REFERRAL OF CASE TO MAGISTRATE-
    vs.                                  )    JUDGE RICHARD SEEBORG TO
14                                      )    CONDUCT A SETTLEMENT
    FUNDS SEIZED FROM FIVE              )    CONFERENCE AND [PROPOSED]
15  ACCOUNTS HELD IN THE NAME OF        )    ORDER RE SAME.
    KYUNG HEE HAN,  ET. AL.,            )    _____
16                                      )
            Defendants.                  )
17  _____)

18
            The parties, through their respective counsel, hereby enter into the following stipulation and

19
    jointly request that the Court refer this case to Magistrate-Judge Richard Seeborg to conduct a
20
    settlement conference of this case.  This case has been stayed pending the resolution or completion
21
    of the criminal cases against Sang Ye Han and Robert Wong.  All parties agree that the case would
22
    benefit from a settlement conference conducted by Magistrate-Judge Seeborg.
23

24

25

26
    DATED:       1/12/06                            /S/
27                                      _____
                                        by JERRY Y. FONG, Attorneys for Claimants and
28                                      Real Parties In Interest:  SANG YE HAN &
                                        ROBERT WONG

DATED:        1/12/06                          /S/
                                     by STEPHANIE HINDS, AUSA, Attorney for
                                     Plaintiff UNITED STATES OF AMERICA


ORDER

      Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that this case shall be referred to the Honorable Richard Seeborg, Magistrate-Judge of the United States District Court, for the Northern District of California, for the purpose of conducting a settlement conference.  It is so ordered.


DATED: January 18, 2006

_____
JUDGE OF THE UNITED STATES DISTRICT COURT