**\*E-FILED\***
**March 16, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 02-05978 JW (RS) |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| FUNDS SEIZED FROM FIVE ACCOUNTS HELD IN THE NAME OF KYUNG HEE HAN, et al. | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the settlement conference scheduled for **March 17, 2006** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **April 7, 2006 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order dated January 27, 2006 shall remain in effect.

1  The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2 prior to the date set for settlement conference.

3
4 Dated:   March 16, 2006
5 RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Jerry Y. Fong     jf@careyandcareylaw.com, jan@careyandcareylaw.com

Stephanie M. Hinds     stephanie.hinds@usdoj.gov, carolyn.jusay@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 16, 2006

                         CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                         By:     /s/ *BAK*