1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040                                          *E-FILED 4/5/06*
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Claimants and Real Parties In Interest
   SANG YE HAN & ROBERT WONG
6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,           )   CASE NO.    C 02-5978 JW
12                                      )
            Plaintiff,                  )   STIPULATION OF THE PARTIES
13                                      )   TO CONTINUE THE SETTLEMENT
    vs.                                 )   CONFERENCE BEFORE MAGISTRATE
14                                      )   JUDGE RICHARD SEEBORG
    FUNDS SEIZED FROM FIVE              )   AND [PROPOSED] ORDER THEREON
15  ACCOUNTS HELD IN THE NAME OF        )
    KYUNG HEE HAN,  ET. AL.,            )
16                                      )
            Defendants.                 )
17  _____)

18         The parties, through their respective counsel, hereby enter into the following stipulation and

19  jointly request that the Court continue the settlement conference currently on calendar before

20  Magistrate-Judge Richard Seeborg on April 7, 2006, at 9:30 am, to April 13, 2006, at 9:30 am. due

21  to the fact that Mr. FONG has been scheduled for a full day of deposition in a civil case.

22

23  DATED:     March 31, 2006                    /s/
                                        _____
                                        by JERRY Y. FONG, Attorneys for Claimants and
24                                      Real Parties In Interest:  SANG YE HAN &
                                        ROBERT WONG
25

26

27  DATED:     April 4, 2006                     /s/
                                        _____
                                        by STEPHANIE HINDS, AUSA, Attorney for
28                                      Plaintiff UNITED STATES OF AMERICA


                                              1
                    STIPULATION OF PARTIES TO CONTINUE SETTLEMENT CONFERENCE

1
2                                    ORDER
3        Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that
4 the settlement conference currently scheduled to be held on April 7, 2006, be and is continued until
5 April 13, 2006, at 9:30 am.  It is so ordered.
6
7
8  DATED:   4/5/06                    _____
                                      JUDGE OF THE UNITED STATES DISTRICT
9                                     COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28