

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | No. C 02-05978 JW |
| Plaintiff, | **ORDER LIFTING STAY, SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Funds Seized From Five Accounts Held in the Name of Kyung Hee Han et al., | |
| Defendant. | |

    Before the Court is Claimants and Real Parties in Interest Sang Ye Han and Robert Wong's motion to lift the stay in the above entitled case. The Court deems it appropriate to take the motion under submission without oral arguments. See Civ. L.R. 7-1(b).

    The Court stayed the litigation of this civil forfeiture case to avoid any potential self-incrimination problems as the result of the criminal case against Defendant Han. (See CR-02-20107-JW.)

    The Court sentenced Sang Ye Han on May 2, 2006. Defendant Han has waived her right to appeal her criminal judgment and sentence and is now ready to proceed with her civil forfeiture case. Though Robert Wong is still awaiting his sentence, his counsel represents that he is ready to proceed with this civil forfeiture case as well.

1   Accordingly, the Court lifts the stay and sets a case management conference for **November
2   20, 2006 at 10 a.m.** Pursuant to the Civil Local Rules of this Court, the parties shall file a joint case
3   management statement no later than ten (10) days before the date of the conference.

5   Dated: October 20, 2006

James Ware
United States District Court Judge

1  THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

Jerry Fong
Carey & Carey
706 Cowper Street
P.O. Box 1040
Palo Alto, CA 94302

Stephanie M. Hinds
Assistant United States Attorney
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Dated: October 20, 2006                                    Richard W. Wieking, Clerk

By: _____
Elizabeth Garcia
Courtroom Deputy