SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Ave. 9th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6816
   Facsimile: (415) 436-6748
   Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 02-5978 JW |
|           Plaintiff, ) | |
|    v. ) | **REVISED JOINT MOTION AND [PROPOSED] ORDER TO CONTINUE MOTIONS DEADLINES** |
| FUNDS SEIZED FROM FIVE ACCOUNTS HELD IN THE NAME OF KYUNG HEE HAN, et al. ) | |
|           Defendants. ) | |

    The parties, through undersigned counsel, hereby apply to this Court for an extension of the motions deadlines currently scheduled in this action.  The parties contend that a continuance of these dates are necessary in order to adequately prepare motions paper.  The parties hereby request a continuance of each of the dates currently set for motions hearings as follows:

- discovery cut-off date:    10/12/07
- dispositive motion due:    11/05/07
- dispositive motion hearing:    12/10/07 @ 9:00 am
- Preliminary Pretrial and Trial Setting Conference Statement due: 02/01/08
- Preliminary Pretrial and Trial Setting Conference: 02/11/08 @ 11:00 am

Dated: 08/24/07

/S/
STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 08/24/07

/S/
JERRY Y. FONG
Attorney for Claimants Han and Wong

## [~~PROPOSED~~] ORDER

Based on the above stipulation of counsel and good cause appearing, IT IS HEREBY ORDERED that the motions deadlines be rescheduled as follows:

- discovery cut-off date: 10/12/07
- dispositive motion due: 11/05/07
- dispositive motion hearing: 12/10/07 @ 9:00 am
- Preliminary Pretrial and Trial Setting Conference Statement due: 02/01/08
- Preliminary Pretrial and Trial Setting Conference: 02/11/08 @ 11:00 am

IT IS SO ORDERED.

Dated:   August 27, 2007

_____
JAMES WARE
United States District Judge