JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Claimants and Real Parties In Interest
SANG YE HAN & ROBERT WONG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FUNDS SEIZED FROM FIVE ACCOUNTS HELD IN THE NAME OF KYUNG HEE HAN, ET. AL.,<br><br>Defendants. | CASE NO. C 02-5978 JW<br><br>THE PARTIES' STIPULATION FOR REQUEST TO CONTINUE THE HEARING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT & MOTION TO DISMISS AND THE BRIEFING SCHEDULE. |

Pursuant to the Defendants' request, the parties jointly stipulate and request that the Court continue the hearing for Plaintiff's Motion for Summary Judgment and Motion to Dismiss, from December 10, 2007 to January 14, 2008, at 9:00 a.m., and to extend the briefing schedule accordingly so that the Defendants' opposition/responsive pleadings will be filed on or before December 31, 2007 and that the Plaintiff's reply pleadings, if any, will be filed on or before January 7, 2008.

The Defendants are making this request because both Defendants are still inaccessible to their counsel due to their incarceration status from their criminal case.

DATED: November 29, 2007

Respectfully submitted,

/S/

JERRY Y. FONG, Attorneys for Claimants and Real Parties In Interest: SANG YE HAN & ROBERT WONG

DATED: November 28, 2007

Respectfully submitted,

/S/

STEPHANIE HINDS, AUSA, Attorney for Plaintiff UNITED STATES OF AMERICA

ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the hearing for Plaintiff's Motion for Summary Judgment and Motion to Dismiss shall be continued from December 10, 2007 to January 14, 2008, at 9:00 a.m. Furthermore, the Defendants' opposition/responsive pleadings shall be filed on or before December 31, 2007, and the Plaintiff's reply pleadings shall be filed on or before January 7, 2008.

It is so ordered.

DATED: December 10, 2007

JUDGE OF THE UNITED STATES DISTRICT COURT