JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Claimants and Real Parties In Interest
SANG YE HAN & ROBERT WONG

DENIED
Judge James Ware
1/4/2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FUNDS SEIZED FROM FIVE ACCOUNTS HELD IN THE NAME OF KYUNG HEE HAN, ET. AL.,<br><br>    Defendants. | CASE NO.    C 02-5978 JW<br><br>STIPULATION OF THE PARTIES TO CONTINUE THE DATE FOR FILING OF THE GOVERNMENT'S REPLY BRIEF AND THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER |

Pursuant to the Plaintiff's request, the parties jointly stipulate and request that the Court continue the hearing for Plaintiff's Motion for Summary Judgment from January 14, 2008 to January 28, 2008, and to extend the briefing schedule accordingly, so that Plaintiff's reply to Defendant's opposition (filed on January 1, 2008) will be filed on or before January 15, 2008.

Because Defendants' opposition was filed one day late, on January 1, 2008, this extension will give counsel for Plaintiff adequate time to review that opposition and prepare the reply brief. In addition, counsel for Plaintiff will be out of town and unavailable from January 8-11, 2008.

///

///

///

1
STIPULATION OF PARTIES TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE

| | | |
|---|---|---|
| DATED: | January 4, 2007 | CAREY & CAREY |

                                                         /s/
JERRY Y. FONG, Attorneys for Claimants and Real Parties In Interest: SANG YE HAN & ROBERT WONG

| | | |
|---|---|---|
| DATED: | January 4, 2007 | UNITED STATES OF AMERICA |

                                                         /s/
STEPHANIE HINDS, AUSA, Attorney for Plaintiff UNITED STATES OF AMERICA

## **ORDERED AS MODIFIED:**

      The Court DENIES the parties' request for further continuance. The Court notes that parties have made mulitple continuances of this matter. The Court GRANTS a ONE (1) day extension for the Government to file a reply brief. The Government shall file a reply brief no later than January 8, 2008. The parties shall appear for oral argument on January 14, 2007 at 9:00 AM Courtroom 8, 4th Floor, San Jose. Due to the age of the case, the Court will not entertain further requests for continuace.

DATED: January 4, 2007

*James Ware*
JUDGE OF THE UNITED STATES DISTRICT COURT